

12-13-00237-CR

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 16 2013

TYLER TEXAS
CATHY S. LUSK, CLERK

# TEXAS COURT OF CRIMINAL APPEALS
## Austin, Texas

# M A N D A T E

**THE STATE OF TEXAS,**

**TO THE 123RD DISTRICT COURT OF SHELBY COUNTY** — GREETINGS:

Before our **COURT OF CRIMINAL APPEALS**, on the **JUNE 12, 2013**, the cause upon an Application for Writ of Habeas Corpus styled:

### ROBERT GORDEN BULLOCK

CCRA No. **WR-76,132-01**

Tr. Crt. No. **04CR16243A**

was determined; and therein our said **COURT OF CRIMINAL APPEALS** made its order in these words: "This cause came on to be heard on the Application for Writ of Habeas Corpus, and the same being considered, because it is the Opinion of this Court that the relief prayed for should be Granted, it is **ORDERED, ADJUDGED AND DECREED** that an **out-of time appeal** is **GRANTED**, in accordance with the Opinion of this Court, and that this Decision be certified below for Observance."

**WHEREFORE,** We command you to observe the order of our said **COURT OF CRIMINAL APPEALS** in this behalf and in all things have it duly recognized, obeyed and executed.

WITNESS, **THE HONORABLE SHARON KELLER**, Presiding Judge

of our said **COURT OF CRIMINAL APPEALS**,

with the Seal thereof annexed, at the City of Austin,

on this day **Monday, July 8, 2013**.

**ABEL ACOSTA**, Clerk

_Deana Williamson_, Deputy Clerk

Deana Williamson

